# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHELLE ARMSTRONG,

    Plaintiff,

v.

BOUNCE AI, INC., JETTY INSURANCE AGENCY LLC, EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,

    Defendants.
_____/

Case No: 8:25-cv-1032-WFJ-SPF

# O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 11)** that the above-styled action has been settled as to Defendants Bounce AI, Inc. ("Bounce") and Jetty Insurance Agency, LLC ("Jetty") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Bounce and Jetty and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to these two Defendants.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record