**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE ARMSTRONG,

    Plaintiff,

v.                                                                      Case No: 8:25-cv-1032-WFJ-SPF

EQUIFAX INFORMATION
SERVICES, LLC and TRANS UNION,
LLC,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 21)** that the above-styled action has been settled as to Equifax Information Services, LLC ("Equifax") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax.

**DONE** and **ORDERED** in Tampa, Florida on August 14, 2025.

                                                      s/*William F. Jung*
                                                   **WILLIAM F. JUNG**
                                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record