# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHELLE ARMSTRONG,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC and TRANS UNION,
LLC,

    Defendants.
_____/

Case No: 8:25-cv-1032-WFJ-SPF

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 24)** that the above-styled action has been settled as to Trans Union, LLC ("Trans Union") as the last remaining Defendant. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Trans Union, the last remaining Defendant. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record